# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1163**    **September Term, 2024**

**EPA-90FR29485**

**Filed On:** August 13, 2025

Clean Air Council, et al.,

      Petitioners

   v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

      Respondents

    **BEFORE:**   Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of respondents' motion to extend the time for filing their response to petitioners' motion for summary vacatur or stay pending judicial review, the response thereto, and the reply, it is

**ORDERED** that the motion to extend time be granted. Respondents' response is now due by September 8, 2025.

### Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:   /s/
          Selena R. Gancasz
          Deputy Clerk