# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1163**                                              **September Term, 2025**

EPA-90FR29485

**Filed On: October 10, 2025**

Clean Air Council, et al.,

      Petitioners

   v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

      Respondents

------------------------------

American Iron and Steel Institute, et al.,
      Intervenors

**BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for summary vacatur or, in the alternative, stay pending judicial review, the responses thereto, and the reply, it is

**ORDERED** that the motion for summary vacatur be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Cascade Broadcasting Group, Ltd. v. FCC, 822 F.2d 1172, 1174 (D.C. Cir. 1987) (per curiam). It is

**FURTHER ORDERED** that the motion for stay pending judicial review be denied. Petitioners have not satisfied the stringent requirements for a stay pending court review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1163**  **September Term, 2025**

    Because the court has determined that summary disposition is not in order, the Clerk is directed to enter a briefing schedule.

**<u>Per Curiam</u>**

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                BY:    /s/
                         Elbert Lestrade
                         Deputy Clerk