# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1163**

**September Term, 2025**

**EPA-90FR29485**

**Filed On: December 22, 2025** [2151656]

Clean Air Council, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

       Respondents

------------------------------

American Iron and Steel Institute, et al.,
       Intervenors

## O R D E R

Upon consideration of respondents' motion to hold case in abeyance, respondents' motion for extension of time, the opposition to the motion to hold case in abeyance, and the motion to consolidate and establish briefing schedule, it is

**ORDERED**, on the court's own motion, that the briefing schedule entered on October 20, 2025, in this case be suspended pending further order of the court.  The motions remain pending before the court.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Louis Karl Fisher
          Deputy Clerk